**Marshall Dewayne WILLIAMS,
Petitioner-Appellant,**

v.

**WARDEN, Respondent-Appellee.**

No. 17-7084

United States Court of Appeals,
Fourth Circuit.

Submitted: November 21, 2017

Decided: November 28, 2017

Marshall DeWayne Williams, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marshall DeWayne Williams, a federal prisoner, appeals the district court's order granting Respondent's summary judgment motion on Williams' 28 U.S.C. § 2241 (2012) petition, and denying Williams' summary judgment motion. We have reviewed the record and find no reversible error. Accordingly, we grant Williams' application to proceed in forma pauperis and affirm for the reasons stated by the district

court. *See Williams v. Warden*, No. 7:16-cv-00548-MFU-RSB (W.D. Va. July 5, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*